Richard E. Leff, Esq. (RL-2123)
McGIVNEY & KLUGER, P.C.
80 Broad Street, 23rd Floor
New York, New York 10004
(212) 509-3456

Attorneys for Defendant:
MCCLIER CORPORATION (hereinafter referred
to as "MCCLIER")

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X    21 MC 102 (AKH)

MANUEL MARTINEZ,                                             Index No.: 07-CV-4489

                Plaintiff(s),                      **NOTICE OF ADOPTION OF ANSWER
                                                             TO MASTER COMPLAINT**

    -against-
                                                             **ELECTRONICALLY FILED**

AMERICAN EXPRESS BANK, LTD, *et al.*,

                Defendant(s).
-------------------------------------------------------X

      PLEASE TAKE NOTICE that Defendant, MCCLIER CORPORATION (hereinafter referred to as "MCCLIER"), by its attorneys, McGIVNEY & KLUGER, P.C., as and for its Response to the allegations set forth in the Complaint by Adoption (Check-Off Complaint) Related to the Master Complaint filed in the above-referenced action, hereby adopts its Answer to Master Complaint dated August 21, 2007, which was filed in the matter of *In Re World Trade Center Lower Manhattan Disaster Site Litigation*, 21 MC 102 (AKH).

      WHEREFORE, the defendant, MCCLIER CORPORATION (hereinafter referred to as "MCCLIER"), demands judgment dismissing the above-captioned action as against it,

together with its costs and disbursements and for such other and further relief as this Court deems just and proper.

Dated: New York, New York
       October 9, 2007

              Yours etc.,

              McGIVNEY & KLUGER, P.C.
              Attorneys for Defendant
              MCCLIER CORPORATION (hereinafter referred to as "MCCLIER"),

              By: _____
              Richard E. Leff (RL-2123)
              80 Broad Street, 23rd Floor
              New York, New York 10004
              (212) 509-3456

TO: WORBY GRONER & NAPOLI BERN, LLP
   Plaintiffs Liaison
   In Re Lower Manhattan Disaster Site
   Litigation
   115 Broadway, 12th Floor
   New York, New York 10006
   (212) 267-3700

   All Defense Counsel